# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 29, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

130817

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

MICHAEL JOSEPH KING,
     Defendant-Appellant.

SC: 130817
COA: 267777
St. Clair CC: 04-002276-FH

_____/

     On order of the Court, the application for leave to appeal the February 28, 2006 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

     MARKMAN, J., would direct the Clerk to schedule oral argument on the application for leave to appeal to consider the circumstances in which OV-10 is properly scored.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 29, 2006

_____
Clerk

d0926